# UNITED STATES DISTRICT COURT
## District of Minnesota

Bruce Rankin,

                Plaintiff(s),

v.

Direct Recovery Services, LLC, and Celtic Bank Corporation,

                Defendant(s),

## CLERK'S ENTRY OF DEFAULT

Case Number: 21-cv-1560 MJD/LIB

It appearing that defendant(s) Direct Recovery Services, LLC, is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff(s), Bruce Rankin,

DEFAULT IS HEREBY ENTERED against Direct Recovery Services, LLC.

                                                              KATE M. FOGARTY, CLERK

Date: 3/29/2022