UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Case No. 0:21-cv-01560 (MJD/LIB)

| | |
|---|---|
| Bruce Rankin, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Direct Recovery Services, LLC, and Celtic Bank Corporation,<br><br>Defendants. | **ORDER FOR DISMISSAL AS TO DEFENDANT CELTIC BANK CORPORATION** |

Based upon the Stipulation of Dismissal filed in the above-entitled matter, and upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED that all claims asserted in this action by Plaintiff Bruce Rankin against Defendant Celtic Bank Corporation only, and no other party, be dismissed with prejudice, and without any further costs, disbursements, or attorneys' fees relating only to Plaintiff's claims against Defendant Celtic Bank Corporation.

BY THE COURT:

Dated:  June 1, 2022

s/Michael J. Davis
Michael J. Davis
United States District Court