UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

·····································································x
Bruce Rankin, on behalf of himself
and those similarly situated,

                              Plaintiff,

      -            v.

Case No.: 21-cv-1560

ORDER

Direct Recovery Services, LLC; and
DNF Associates, LLC,

                              Defendants.
·····································································x

**ORDER**

    This matter comes before the Court upon a Letter Motion submitted by Bruce Frank, Director of Legal Affairs for Defendant Direct Recovery Services, LLC (DRC), which requests an adjournment of the scheduled hearing on Plaintiff's Order to Show Cause (OTC), as scheduled currently for January 20, 2023.

    Having good cause being shown, Defendant DRC's Motion for an Adjournment is hereby Granted and it is Ordered by this Court that the OTC hearing shall be rescheduled for the date of February 20, 2023.

    Additionally, and for good cause being shown, Defendant DRC's Motion for the rescheduled hearing to be conducted remotely is hereby Granted and it is Ordered by this Court that the rescheduled OTC hearing shall be conducted remotely on the date of February 20, 2023.

**IT IS ORDERED THAT**:

    1.    Defendants' Letter Motion for an Adjournment is Hereby **GRANTED**;

    2.    Defendants' Letter Motion for the OTC hearing to be conducted remotely is Hereby **GRANTED**;

    3.    Each party shall bear their own attorneys' fees and costs.

    4.    Defendant DRC is Hereby Ordered to serve copies of this Order upon Counsel for all Parties.

Dated: January 17, 2023

                                                                         Hon. Leo I. Brisbois
                                                                       U.S. MAGISTRATE JUDGE

RECEIVED
JAN 17 2023
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA