# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
## SHOW CAUSE HEARING

| | | | |
|---|---|---|---|
| Bruce Rankin, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Leo I. Brisbois | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 21-cv-1560 (MJD/LIB) |
| | ) | Date: | February 21, 2023 |
| Direct Recovery Services, LLC, et. al., | ) | Court Reporter: | Digital Recording |
| | ) | Courthouse: | Duluth |
| | | Courtroom: | Courtroom 3 |
| Defendants. | ) | Time Commenced: | 3:01 p.m. |
| | ) | Time Concluded: | 3:30 p.m. |
| | ) | Time in Court: | 29 Minutes |

APPEARANCES:
    For Plaintiff: Adam Strauss, attorney of record.
    For Defendant DNF Associates, LLC: Kiralyn Locke, attorney of record.
    For Defendant Direct Recovery Services, LLC: Bruce Frank, employee.

For the reasons announced from the bench and stated on the record, the Report and Recommendation on the issue of possible contempt and any potential sanctions will be held in abeyance pending the following actions of the parties as Ordered by the Court:

A. An attorney must appear on CM/ECF as counsel of record for Defendant Direct Recovery Services no later than March 31, 2023;
B. Plaintiff's counsel, counsel for Defendant DNF Associates, LLC, and Defendant Direct Recovery Services' (new) counsel must contact JAMS no later than April 10, 2023, for purposes of scheduling a date certain settlement conference with the appointed Special Master at the earliest possible date and file a joint letter on CM/ECF informing the Court as to the date, time, and location of the settlement conference;
C. Defendant Direct Recovery Services' representative and (new) counsel must appear and participate in the scheduled settlement conference with the Special Master, Plaintiff, Plaintiff's counsel, Defendant DNF Associates' representative, and Defendant DNF Associates' counsel;
D. Plaintiff's counsel, counsel for Defendant DNF Associates, LLC, and Defendant Direct Recovery Services' (new) counsel shall filed a joint letter on CM/ECF within three business days of the conclusion of the scheduled settlement conference informing the Court as to the result thereof;
E. If the case (or any part thereof) is settled at the settlement conference, then a Stipulation of Dismissal with Prejudice shall be filed on CM/ECF no later than 30 days after the conclusion of the settlement conference; but
F. If the case against Defendant Direct Recovery Services was not settled at the settlement conference, Defendant Direct Recovery Services' (new) counsel shall Answer or otherwise respond to the Complaint and any other pleading requiring a response no later than 21 days after the conclusion of the settlement conference; and
G. There will be no extensions of, nor further relief from, any of the foregoing conditions.

Lastly, Mr. Frank is directed and required to contact Ms. Jennifer Beck at 218-529-3520 to provide his and Defendant Direct Recovery Services' CEO, Don Cornelius', current mailing addresses, email addresses, and telephone numbers.

<u>s/BNF</u>
Law Clerk Initials
